UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23627-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

EMPIREX CAPITAL LLC *and*
RAFAEL ALBERTO VARGAS
GONZALEZ, *a/k/a* RAFAEL VARGAS,

        Defendants.
_____/

## PARTIES' JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Empirex Capital LLC and Rafael Vargas, (collectively "the Parties") pursuant to the Court's Order Administratively Closing Case, ECF No. [27], hereby advise the Court the Parties have been informed that on or before July 31, 2025, whether by a negotiated resolution or otherwise, Mr. Vargas will be criminally charged in the Southern District of Florida.

Dated:   June 2, 2025.

                              Respectfully submitted,

| | |
|---|---|
| **/s/ Russell Koonin** | JONES WALKER LLP |
| Russell Koonin | 201 S. Biscayne Blvd. Thirtieth Floor |
| Senior Trial Counsel | Miami, Florida 33131 |
| Fla. Bar No. 474479 | Telephone: 305-679-5700 |
| Direct Dial: (305) 982-6390 | Facsimile: 305-679-5710 |
| E-mail: kooninr@sec.gov | Email: dweinstein@joneswalker.com |
| | **/s/ David S. Weinstein** |
| Attorney for Plaintiff | Florida Bar No. 749214 |
| Securities and Exchange Commission | |
| 801 Brickell Avenue, Suite 1950 | Attorney for Defendants Empirex and Rafael |
| Miami, Florida 33131 | Vargas |